In the Matter of HAROLD SATTAN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [793 NYS2d 840]—

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered October 29, 2004) to review a determination of respondent. The determination, after a hearing, placed petitioner in administrative segregation.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed.

Memorandum: Petitioner commenced this proceeding seeking review of respondent's determination placing him in administrative segregation. The Hearing Officer adequately assessed the reliability of information obtained from confidential sources (*see Matter of Hill v Coombe*, 227 AD2d 706, 707 [1996]; *see also Matter of Abdur-Raheem v Mann*, 85 NY2d 113, 120-123 [1995]), and that information constitutes substantial evidence that petitioner's presence in the general population would pose a threat to the safety and security of the facility (*see* 7 NYCRR 301.4 [b]; *Matter of Blake v Selsky*, 10 AD3d 774, 775 [2004]; *Matter of O'Keefe v Coombe*, 233 AD2d 640 [1996]). Present— Green, J.P., Hurlbutt, Martoche, Lawton and Hayes, JJ.